UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MOHAN KUMAR AND AKILA KUMAR, et. al.,

                        Plaintiffs,

        -against-

RBS FINANCIAL PRODUCTS INC., et.al.,

                        Defendants.
-----------------------------------------------------------------x

Index No. 1:15-cv-00017-PKC

US District Judge: Stephen V. Wilson

## <u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Bank of

America, as Trustee, in the above-captioned matter and request that all papers in connection with

the above-captioned matter be served upon the undersigned at the address listed below..

Dated:  New York, New York
        January 6, 2015

                        **DUANE MORRIS LLP**

                        <u>By:  Suzan Jo</u>
                        Suzan Jo
                        1540 Broadway
                        New York, NY 10036-4086
                        Tel: (212) 692-1000

                        *Attorneys for Trustee Bank of America, N.A.*