UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MOHAN KUMAR AND AKILA KUMAR, et. al.,

                Plaintiffs,

    -against-

RBS FINANCIAL PRODUCTS INC., et.al.,

               Defendants.
-------------------------------------------------------------------x

Index No. 1:15-cv-00017-PKC

US District Judge: Stephen V. Wilson

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Bank of America, as Trustee, in the above-captioned matter and request that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below..

Dated:  New York, New York
          January 6, 2015

                                    **DUANE MORRIS LLP**

                                    *By: /s/ Kevin P. Potere*
                                       Kevin P. Potere
                                       1540 Broadway
                                       New York, NY 10036-4086
                                       Tel: (212) 692-1000

                                    *Attorneys for Trustee Bank of America, N.A.*