UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR, et al., | : |
| Plaintiffs, | : |
| v. | : 15-cv-00017-PKC (DCF) |
| RBS FINANCIAL PRODUCTS, INC., et al., | : **NOTICE OF APPEARANCE** |
| Defendants. | : |

PLEASE TAKE NOTICE that the undersigned has been engaged as attorney for Plaintiffs in this matter.

DATED: New York, NY
January 9, 2015

LAW OFFICE OF KEVIN GALBRAITH

____/s/_____
Kevin D. Galbraith, Esq. (KG 7512)
236 West 30th Street, 5th Floor
New York, New York 10001
(212) 203-1249
kevin@kevingalbraithlaw.com