Castel, K.

*The stipulation is adopted as an order of the Court and the motion to compel arbitration is deemed withdrawn*

SO ORDERED
[signature]
USDJ
1-14-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAN KUMAR AND AKILA KUMAR, et al.,

    Plaintiffs,

v.

RBS FINANCIAL PRODUCTS, INC., et al.,

    Defendants.

15-cv-00017-PKC (DCF)

---

### STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL ARBITRATION AND FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT

WHEREAS, on December 5, 2014, the Honorable Stephen V. Wilson, United States District Court Judge for the Southern District of California, issued an order granting Defendants' Motion to Transfer Venue to the United States District Court for the Southern District of New York, denying Plaintiffs' Motion to Remand, and declining to resolve Plaintiffs' Motion to Compel Arbitration;

WHEREAS, under the parties' prior stipulation, so-ordered by Judge Wilson on October 22, 2014, Defendants had 21 days from entry of Judge Wilson's order regarding Defendants' Motion to Transfer Venue to move to dismiss or otherwise respond to the Complaint;

WHEREAS, in light of Plaintiffs' pending Motion to Compel Arbitration and administrative issues associated with the transfer of venue, on December 18, 2014, the parties stipulated to a further extension of Defendants' time to respond to the Complaint, on or before January 14, 2015;

WHEREAS, on January 5, 2015, the case was formally transferred to the United States District Court for the Southern District of New York; and

DM3\3137352.2

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-15

WHEREAS, on January 9, 2015, the parties, through their undersigned counsel, had a meet and confer regarding Plaintiffs' pending Motion to Compel Arbitration and Plaintiffs' desire to file an Amended Complaint;

NOW, WHEREFORE, the parties, through their undersigned counsel, agree and stipulate as follows:

1. Plaintiffs withdraw their pending Motion to Compel Arbitration (Dkt. No. 35) and waive their right to seek arbitration during the pendency of this case;

2. Plaintiffs shall file an Amended Complaint on or before February 20, 2015; and

3. Defendants shall file an answer or move to dismiss the Amended Complaint on or before March 20, 2015 or on a date as ordered by the Court.

Dated: January 12, 2015

THE LAW OFFICE OF KEVIN
GALBRAITH LLC
236 WEST 30TH STREET, 5TH FLOOR
NEW YORK, NY 10001

By  *Kevin Galbraith*
KEVIN GALBRAITH
SDNY Bar No. KG 7512
kevin@kevingalbraithlaw.com
212.203.1249

Attorneys for Plaintiffs

Dated: January 12, 2015

DLA PIPER LLP (US)
401 B STREET, SUITE 1700
SAN DIEGO, CA 92101-4297

By _Kellin M. Chatfield_
ROBERT W. BROWNLIE (*pro hac vice pending*)
robert.brownlie@dlapiper.com
619.699.2700
KELLIN M. CHATFIELD
SDNY Bar No. KC 1551
kellin.chatfield@dlapiper.com
619.699.2700

Attorneys for Defendants
GEMINI REAL ESTATE ADVISORS LLC; GEMINI EAST WEST S LLC; GEMINI EAST WEST H, LLC; GEMINI EAST WEST M, LLC; GEMINI ACQUISITION COMPANY, INC.; GEMINI PROPERTY MANAGEMENT, LLC; WILLIAM T. OBEID; and DANTE A. MASSARO

Dated: January 12, 2015

DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036-4086

By _____
SUZAN JO
SDNY Bar No. SJ1974
sjo@duanemorris.com
212.692.1000
KEVIN P. POTERE
SDNY Bar No. KP7711
kppotere@duanemorris.com
212.692.1000

Attorneys for Defendants
U.S. BANK, N.A., SUCCESSOR BY
MERGER TO LASALLE BANK
NATIONAL ASSOCIATION AS
TRUSTEE FOR GREENWICH CAPITAL
COMMERCIAL FUNDING CORP.,
COMMERCIAL MORTGAGE TRUST
2007 GG11, COMMERCIAL
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2007-GG11 and
GCCFC 2007 CONNECTOR RETAIL
LIMITED PARTNERSHIP

DATED: January 12, 2015						MORGAN, LEWIS & BOCKIUS LLP
										399 PARK AVENUE
										NEW YORK, NY 10022-4689

										By  *Brian Katz*
										SUSAN F. DICICCO
										SDNY Bar No. SD 8013
										susan.dicicco@morganlewis.com
										212.705.7000
										BRIAN A. KATZ
										SDNY Bar No. BK 1967
										brian.katz@morganlewis.com
										212.705.7000

										Attorneys for Defendants
										RBS FINANCIAL PRODUCTS INC., RBS
										SECURITIES INC., and RBS
										COMMERCIAL FUNDING INC. f/k/a
										GREENWICH CAPITAL COMMERCIAL
										FUNDING CORPORATION

SO ORDERED:

_____

								*PMC*