AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR et al.,<br><br>*Plaintiff*<br>v.<br>RBS FINANCIAL PRODUCTS, INC. et al. (Please see attached Rider)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.  15-cv-00017-PKC (DCF)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  GOLDMAN SACHS MORTGAGE COMPANY
Fox Plaza
Ste. 2600
2121 Avenue of the Stars
Los Angeles, CA 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Owem Murrin
Murrin Law Firm
7045 E. Los Santos Drive
Long Beach, CA 90815
(562) 342-3011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/20/2015                                                     /s/ L. Aquino

                                                                    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR, HUSBAND AND WIFE AND AS SOLE MEMBERS OF GEMINI EAST WEST 1, LLC; NATALIJA JOSIMOVICH, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 2, LLC; JOHN O'CARROLL, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 4, LLC; CAROL TANNER, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 5, LLC; KRZYSZTOF ZACHARIASIEWICZ, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 6, LLC; DAVID MILANI, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 7, LLC; THOMAS MCGARVEY, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 8, LLC, BYRON REALTY I CORPORATION AS SOLE MEMBER OF GEMINI EAST WEST 9, LLC; DAVID C. SUTHERLAND, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 10, LLC, PEI LIN HUANG, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 11, LLC; PAULINE KEELER, INDIVIDUALLY AND AS SOLE | Case No. 15-cv-00017-PKC (DCF)<br><br>**RIDER FOR SUMMONS** |

MEMBER OF GEMINI EAST WEST 12, LLC; JAMES R. KEE AND ANNE M. KEE, HUSBAND AND WIFE AND AS SOLE MEMBERS OF GEMINI EAST WEST 13, LLC; RICHARD O. WAHLGREN, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 14, LLC; BRYCE E. KENNEDY,JR., INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 15, LLC; GEMINI ACQUISITION COMPANY, INC., DAVID GIBSON AND BETTY HOOD GIBSON, HUSBAND AND WIFE AND AS SOLE MEMBERS OF H.G. FINANCIAL SERVICES, LLC AND GEMINI EAST WEST 16, LLC;  JOHN W. MCCORMICK, INDIVIDUALLY AND AS SOLE MEMBER OF GEMINI EAST WEST 20, LLC; ROBERT AND CATHRYN BAIRD, HUSBAND AND WIFE, INDIVIDUALLY AND AS SOLE MEMBERS OF GEMINI EAST WEST 21, LLC,

   PLAINTIFFS,

 vs.

RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., RBS SECURITIES  INC.,  F/K/A GREENWICH CAPITAL MARKETS, INC., GREENWICH CAPITAL COMMERCIAL

| |
|---|
| FUNDING CORPORATION, BANK OF AMERICA CORPORATION F/K/A LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE, FOR "GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2007 GG11, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-GG11," GCCFC 2007 CONNECTOR RETAIL LIMITED PARTNERSHIP, GEMINI REAL ESTATE ADVISORS LLC, GEMINI EAST WEST S LLC, GEMINI EAST WEST H, LLC, GEMINI EAST WEST M, LLC, GEMINI PROPERTY MANAGEMENT, LLC,  GEMINI INVESTORS, LLC, WILLIAM T. OBEID, INDIVIDUALLY,  DANTE A. MASSARO, INDIVIDUALLY, GEMINI EAST WEST 3, LLC, GEMINI EAST WEST 18, LLC; GOLDMAN SACHS MORTGAGE COMPANY; GOLDMAN SACHS & CO., and DOES 1 through 10,<br><br>                      Defendants. |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-00017-PKC (DCF)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: