UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RBS FINANCIAL PRODUCTS, INC., et al., <br><br> Defendants. | Case No.: 15-cv-00017-PKC (DCF) <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul E. Chronis, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for GCCFC 2007 CONNECTOR RETAIL LIMITED PARTNERSHIP and U.S. BANK N.A. f/k/a LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENWICH CAPITAL COMMERCIAL FUNDING CORP., COMMERCIAL MORTGAGE TRUST 2007 GG11, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-GG11 (erroneously named in the Complaint as Bank of America Corporation) in the above-captioned action.

I am in good standing of the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state of Federal Court.

Respectfully submitted,

Dated: March 3, 2015

/s/ *Paul E. Chronis*
Paul E. Chronis
**DUANE MORRIS LLP**
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email: pechronis@duanemorris.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Paul Evans Chronis

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, February 27, 2015.

*Carolyn Taft Grosboll*
Clerk