UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR, HUSBAND AND WIFE AND AS SOLE MEMBERS OF GEMINI EAST WEST 1, LLC, *et al.*, <br><br>              Plaintiffs,<br>     v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), *et al.*,<br><br>              Defendants. | Case No. 15-cv-00017-PKC (DCF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company.  I certify that I am admitted to practice in this Court.

Dated:   March 12, 2015
         New York, New York

                                        Respectfully submitted,

                                         /s/ Richard H. Klapper
                                        Richard H. Klapper
                                        (*klapperr@sullcrom.com*)
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004-2498
                                        Telephone:  (212) 558-4000
                                        Facsimile:  (212) 558-3588

                                        *Counsel for Defendants Goldman, Sachs & Co.*
                                        *and Goldman Sachs Mortgage Company*