**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOHAN KUMAR AND AKILA KUMAR,
HUSBAND AND WIFE AND AS SOLE
MEMBERS OF GEMINI EAST WEST 1,
LLC, *et al.*,

                Plaintiffs,

    v.

RBS FINANCIAL PRODUCTS INC.
(F/K/A GREENWICH CAPITAL
FINANCIAL PRODUCTS, INC.), *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 15-cv-00017-PKC (DCF)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company.  I certify that I am admitted to practice in this Court.

Dated:    March 12, 2015
            New York, New York

                                      Respectfully submitted,

                                      /s/ Theodore Edelman
                                    Theodore Edelman
                                    (*edelmant@sullcrom.com*)
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York 10004-2498
                                    Telephone:  (212) 558-4000
                                    Facsimile:  (212) 558-3588

                                    *Counsel for Defendants Goldman, Sachs & Co.*
                                    *and Goldman Sachs Mortgage Company*