**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOHAN KUMAR AND AKILA KUMAR, HUSBAND AND WIFE AND AS SOLE MEMBERS OF GEMINI EAST WEST 1, LLC, *et al.*,

                Plaintiffs,

v.

RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 15-cv-00017-PKC (DCF)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company.  I certify that I am admitted to practice in this Court.

Dated:    March 12, 2015
             New York, New York

                              Respectfully submitted,

                              /s/ Jacob M. Croke
                              Jacob M. Croke
                              (*crokej@sullcrom.com*)
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004-2498
                              Telephone:  (212) 558-4000
                              Facsimile:  (212) 558-3588

                              *Counsel for Defendants Goldman, Sachs & Co.*
                              *and Goldman Sachs Mortgage Company*