UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MOHAN KUMAR AND AKILA KUMAR, HUSBAND AND WIFE AND AS SOLE MEMBERS OF GEMINI EAST WEST 1, LLC, *et al.*,<br><br>                    Plaintiffs,<br>         v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), *et al.*,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 15-cv-00017-PKC (DCF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
GOLDMAN, SACHS & CO. AND GOLDMAN SACHS MORTGAGE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Goldman, Sachs & Co. and Goldman Sachs Mortgage Company, by their undersigned counsel, certify that they are each directly or indirectly wholly-owned subsidiaries of The Goldman Sachs Group, Inc. ("GS Group"), which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange.  GS Group has no parent corporation, and to the best of GS Group's knowledge, no publicly-held company owns 10% or more of the common stock of GS Group.

Dated:     March 12, 2015
           New York, New York

Respectfully submitted,

  /s/ Richard H. Klapper
Richard H. Klapper (*klapperr@sullcrom.com*)
Theodore Edelman (*edelmant@sullcrom.com*)
Jacob M. Croke (*crokej@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Defendants Goldman, Sachs & Co.
and Goldman Sachs Mortgage Company*