Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAN KUMAR AND AKILA KUMAR, et al.,

　　　　　Plaintiffs,

　　v.

RBS FINANCIAL PRODUCTS, INC., et al.,

　　　　　Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-15

15-cv-00017-PKC (DCF)

## STIPULATION REGARDING DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

WHEREAS, on January 14, 2015, the Court entered an order directing that, *inter alia*, Plaintiffs file an Amended Complaint on or before February 20, 2015 and Defendants file an answer or move to dismiss the Amended Complaint on or before March 20, 2015. (Dkt. 56).

WHEREAS, on February 20, 2015 Plaintiffs filed a First Amended Complaint (the "Amended Complaint") in this action naming Goldman, Sachs & Co. and Goldman Sachs Mortgage Company (collectively the "Goldman Defendants") as additional Defendants;

WHEREAS, the Goldman Defendants were served with the Amended Complaint on March 3, 2015;

WHEREAS, the Court has scheduled an Initial Conference in this matter for April 1, 2015;

WHEREAS, in light of the Goldman Defendants recent appearance in this case, the Parties agree that, in the interests of efficiency, it is advisable to extend the deadline for all Defendants to respond to the Amended Complaint to ensure that all Defendants are on the same schedule, and to adjourn the Initial Conference until after the religious Holidays;

WHEREAS, in agreeing to a proposed briefing schedule, the Parties have taken into account that Plaintiffs' counsel, a sole practitioner, has a trial in California beginning on June 1 that he is preparing for during the month of May;

NOW, WHEREFORE, the parties, through their undersigned counsel, agree and stipulate as follows:

1. Defendants shall file an answer to, move to dismiss or otherwise respond to the Amended Complaint on or before July 22, 2015 or on such other date as ordered by the Court;

2. If Defendants move to dismiss the Amended Complaint, Plaintiffs' opposition thereto shall be due on or before August 24, 2015 or on such other date as ordered by the Court;

3. Defendants' reply to Plaintiffs' opposition will be due on or before September 25, 2015 or on such other date as ordered by the Court; and.

4. The Initial Conference scheduled for April 1 ~~shall be~~ is adjourned to ~~a date after April 13, 2015 directed by~~ _April 16, 2015_ at _11:00 a.m._ the Court.

Dated: March 16, 2015

THE LAW OFFICE OF KEVIN
GALBRAITH LLC
236 WEST 30TH STREET, 5TH FLOOR
NEW YORK, NY 10001

By *J. Owen Murrin, pp. Michael J. Ableson*
KEVIN GALBRAITH
SDNY Bar No. KG 7512
kevin@kevingalbraithlaw.com
212.203.1249

J. OWEN MURRIN, admitted *pro hac vice*
MURRIN LAW FIRM
7045 E. LOS SANTOS DRIVE
LONG BEACH, CA 90815
jmurrin@murrinlawfirm.com
562.342.3011

Attorneys for Plaintiffs

Dated: March 16, 2015

DLA PIPER LLP (US)
401 B STREET, SUITE 1700
SAN DIEGO, CA 92101-4297

By *Kellin M. Chatfield pp. Michael J. Ableson*
ROBERT W. BROWNLIE, admitted *pro hac vice*
robert.brownlie@dlapiper.com
619.699.2700
KELLIN M. CHATFIELD
SDNY Bar No. KC 1551
kellin.chatfield@dlapiper.com
619.699.2700

Attorneys for Defendants
GEMINI REAL ESTATE ADVISORS
LLC; GEMINI EAST WEST S LLC;
GEMINI EAST WEST H, LLC; GEMINI
EAST WEST M, LLC; GEMINI
ACQUISITION COMPANY, INC.;
GEMINI PROPERTY MANAGEMENT,
LLC; WILLIAM T. OBEID; and DANTE
A. MASSARO

Dated: March 16, 2015

DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036-4086

By *Suzan Jo pp. Michael J. Ableson*
SUZAN JO
SDNY Bar No. SJ1974
sjo@duanemorris.com
212.692.1000
KEVIN P. POTERE
SDNY Bar No. KP7711
kppotere@duanemorris.com
212.692.1000

Attorneys for Defendants
U.S. BANK, N.A., SUCCESSOR BY
MERGER TO LASALLE BANK
NATIONAL ASSOCIATION AS
TRUSTEE FOR GREENWICH CAPITAL
COMMERCIAL FUNDING CORP.,
COMMERCIAL MORTGAGE TRUST
2007 GG11, COMMERCIAL
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2007-GG11 and
GCCFC 2007 CONNECTOR RETAIL
LIMITED PARTNERSHIP

DATED: March 16, 2015

MORGAN, LEWIS & BOCKIUS LLP
399 PARK AVENUE
NEW YORK, NY 10022-4689

By *Brian A. Katz pp. Michael J. Ableson*
SUSAN F. DICICCO
SDNY Bar No. SD 8013
susan.dicicco@morganlewis.com
212.705.7000
BRIAN A. KATZ
SDNY Bar No. BK 1967
brian.katz@morganlewis.com
212.705.7000

Attorneys for Defendants
RBS FINANCIAL PRODUCTS INC., RBS
SECURITIES INC., and RBS
COMMERCIAL FUNDING INC. f/k/a
GREENWICH CAPITAL COMMERCIAL
FUNDING CORPORATION

DATED: March 16, 2015

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004-2498

By _Theodore Edelman pp. Michael J. Ableson_
RICHARD H. KLAPPER
SDNY Bar No. RK 0069
klapperr@sullcrom.com
212.558.4000
THEODORE EDELMAN
SDNY Bar No. TE 4678
edelmant@sullcrom.com
212.558.4000
JACOB M. CROKE
SDNY Bar No. JC 3349
crokej@sullcrom.com
212.558.4000

Attorneys for Defendants
GOLDMAN, SACHS & CO. and
GOLDMAN SACHS MORTGAGE
COMPANY

SO ORDERED:

_[signature]_
3-18-15

tm