UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOHAN KUMAR, et al.

                Plaintiff(s),

      - against -

RBS FINANCIAL, et al.

                Defendant(s).

------------------------------------------------------------x

15 Civ. 17 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-15

    As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By **May 14**, 2015, plaintiffs shall file an amended pleading to address issues of prolixity. By June 4 any defendant wishing to move to dismiss the amended pleading shall submit a premotion letter. By June 25, plaintiffs shall advise the Court whether it wishes to stand on the then existing pleading or wishes to further amend.

2. ~~By _____, 201_, _____ shall~~

3. ~~By _____, 201_, _____ shall~~

The Court will then hear the parties' proposals on a further schedule. Defendants' time to answer or move is adjourned to a date to be set after June 25.

The Court's Order of March 18, 2015 is modified and superseded by this Order.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       4-16-15